# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-572
_____

OTHA ABNEY,

Appellant,

v.

TERESA M. ABNEY, Wife, n/k/a
TERESA M. LEVI,

Appellee.

_____

On appeal from the Circuit Court for Jackson County.
Shonna Young Gay, Judge.

October 23, 2018

PER CURIAM.

AFFIRMED.

WETHERELL, BILBREY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Otha L. Abney, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.